UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

STEVEN DALE BYERLEY, JR.,   )
                            )
    Plaintiff,               )
                            )
vs.                         )   Case No. 5:09-cv-01781-RDP-HGD
                            )
CIRCUIT CLERK JOHN PAT      )
ORR, et al.,                )
                            )
    Defendants.             )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 4, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for seeking monetary relief from Defendants who are immune. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for seeking monetary relief from Defendants who are immune.  A Final Judgment will be entered.

**DONE** and **ORDERED** this    21st    day of January, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE